**Electronically Filed**
**Supreme Court**
**SCWC-16-0000798**
**03-JUN-2021**
**08:32 AM**
**Dkt. 3 OGAC**

SCWC-16-0000798

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

BRONSON SARDINHA,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000798; CR. NO. 1PC16-1-00359)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Wilson, and Eddins, JJ.,
and Nakayama, J., dissenting)

Petitioner/Defendant-Appellee's Application for Writ of Certiorari, filed on April 19, 2021, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 3, 2021.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

